Christopher Doyle
1000 Detention DR
Clarkesville GA 30523
Habersham County
Detention Center

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville
NOV 22 2019
JAMES N. HATTEN, Clerk
By: DR Deputy Clerk

Nov 2, 2019

To: Clerk of the Court

I am Incarcerated At Habersham County Detention Center.

I Requested A Copy of A 1983 Civil Action Against the Habersham County Detention Center Shaun Huston v Joe Terrell Habersham County Sheriff, Habersham County Sheriff's Correctional Officers or Some Similar. I did so under the Freedom of Information Act.

Since do so I have been denied Medical Care And I am now on Lockdown displinary Action No hearing. I have filed Grievances with no Response. I believe Mails And papers Are getting Lost.

Please Afford me a Copy of Shaun Huston Lawsuit So I may possible Join

Yours Truly
Christopher Doyle

CHARLES BAKER
CLERK SUPERIOR AND STATE COURTS
HALL COUNTY

POST OFFICE BOX 1275
GAINESVILLE, GEORGIA 30503-1275

Hasler FIRST-CLASS MAIL
11/20/2019
US POSTAGE $000.50⁰
ZIP 30501
011D11653766

... SECURITY
NOV 29
U.S. Marshals Service
Gainesville, GA

UNITED STATES COURTHOUSE
121 SPRING ST SE SUITE 201
GAINESVILLE GA 30501

30501$3789 C023

U.S. POSTAGE PITNEY BOWES
ZIP 30523 $ 000.50⁰
02 1W
0001401439 NOV. 14. 2019

METRO
GA 301
14 NOV '19
PM 4 L

United States Supreme Court
225 Green St SE
Gainesville GA 30501

1990 Dotson ... Dr
... ville GA
30527