FFICE OF THE CLERK
D STATES DISTRICT COURT
UNITED STATES COURTHOUSE
5 TED TURNER DRIVE, S.W.
LANTA, GEORGIA 30303-3318
OFFICIAL BUSINESS

U.S. POSTAGE PITNEY BOWES
ZIP 30303 $ 001.45⁰
02 1W
0001383857 DEC 09 2019

RTS

CLEARED
DEC 27 2019
U.S. Marshals
Atlanta Ga

SCJ

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 27 2019
JAMES N. HATTEN, Clerk
By: Deputy Clerk

Not here

Christopher Doyle
1000 Detention Drive
Clarkesville, GA 30523

NIXIE 326 4A 1002 7212/21/19
RETURN TO SENDER