IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER DOYLE,<br>Plaintiff,<br>v.<br>HABERSHAM CTY. DETENTION CENTER,<br>Defendant. | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983<br><br>CIVIL ACTION FILE<br>NO. 2:19-CV-0271-SCJ-JCF |

**ORDER**

This civil action is before the Court on the Order as issued by Magistrate Judge J. Clay Fuller on December 9, 2019 [Doc. No. 3]. A copy of the Order was mailed to Plaintiff's address at Habersham County Detention Center by the Clerk. The Court's record reflects that Plaintiff's copy of the Order was returned by the United States Postal Service to the Clerk on December 27, 2019 [Doc. No. 4], marked "Undeliverable. RTS. Not Here." A review of the Habersham County Detention Center's inmate locator function at www.habershamsheriff.com/inmate-lookup confirms that Plaintiff is no longer in custody at that facility.

Local Rule 41.2(B) states that "the failure . . . of a party appearing pro se to keep the clerk's office informed of any change in address . . . which causes a delay or otherwise adversely affects the management of the case shall constitute

grounds . . . for dismissal . . . .". As this Court has no information regarding Plaintiff's current whereabouts, it is **ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 41.2(B), NDGa.

**IT IS SO ORDERED**, this 30th day of December, 2019.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE