FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

JAN 06 2020

JAMES N. HATTEN, Clerk
By: DR Deputy Clerk

K-B-128-Y

Christopher Doyle
GDC 1002495709
Coastal State Prison
P.O. Box 7150
Garden City, GA 31418-7150

U.S District Court
Northern District of
GEORGIA

RE: 2:19-cv-271-SCJ-JCF Doyle
v Habersham Co Detention Center

To The office of the Clerk

Please be advise of the above address. This is my current place of incarceration and should continue as such for a maximum of 24 months.

I wish to include this FOIA violation into a comprehesive 1983 Grievance against Habersham County Sheriff Joey Terrel Et al. Prison Condition & overcrowding and living much more.

Please afford me copies of the moving paper necessary to prosecute my action.

Sincerely,

Christopher J Doyle
GDC # 10024…

Christopher J Doyle
GDC 1002495709 K-B128-4
Coastal State Prison
P.O. Box 7150
Garden City, GA 31418-7150

JACKSONVILLE FL 320
03 JAN 2020 PM 2 L

FOREVER / USA

Office of the Clerk
United States District Court
201 United States Courthouse
121 Spring Street, S.E.
Gainesville, GA 30501-3789

COURT SECURITY
U.S. Marshals Service
Gainesville, GA

SCJ-JCF

30501-378845